# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1981

_____

Tyrone M. Bland

*Plaintiff - Appellant*

v.

FBI Agents; Kansas City Envelops; Jim Linley; Susan Sowerby; Joe Horn; Fred Crawford; Sharon Glavinger; Phillip Bouse

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 5, 2015
Filed: October 8, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Tyrone Bland appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude that dismissal was

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

proper for the reasons explained by the district court. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____